AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| STEVEN M. McCARTHY<br><br>*Plaintiff(s)*<br>v.<br>FACEBOOK, INC.; a Delaware Corporation; META, INC., a Delaware Corporation; MARK ELLIOTT ZUCKERBERG, an individual; and DOES 1-50<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARK ELLIOTT ZUCKERBERG
1 Meta Way
Menlo Park, CA   94025


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
STEVEN M. McCARTHY
156 Sharyon Lane
Jensen Beach, FL   34957
Phone:  (510) 541-4801
Email:  Caractacus@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| STEVEN M. McCARTHY <br><br> *Plaintiff(s)* <br> v. <br> FACEBOOK, INC.; a Delaware Corporation; META, INC., a Delaware Corporation; MARK ELLIOTT ZUCKERBERG, an individual; and DOES 1-50 <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        FACEBOOK, INC.
        1 Meta Way
        Menlo Park, CA   94025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        STEVEN M. McCARTHY
        156 Sharyon Lane
        Jensen Beach, FL   34957
        Phone: (510) 541-4801
        Email: Caractacus@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                                                     *CLERK OF COURT*

Date: _____                                                                 _____
                                                                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| STEVEN M. McCARTHY <br><br> *Plaintiff(s)* <br> v. <br> FACEBOOK, INC.; a Delaware Corporation; META, INC., a Delaware Corporation; MARK ELLIOTT ZUCKERBERG, an individual; and DOES 1-50 <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    META PLATFORMS, INC.
    1 Meta Way
    Menlo Park, CA   94025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    STEVEN M. McCARTHY
    156 Sharyon Lane
    Jensen Beach, FL   34957
    Phone: (510) 541-4801
    Email: Caractacus@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                        *CLERK OF COURT*

Date: _____   _____
                                                                                                *Signature of Clerk or Deputy Clerk*