*from the desk of*
# STEVEN M. McCARTHY
156 Sharyon Lane, Jensen Beach, FL 34957
Email: Caractacus@aol.com
Phone: (510) 541-4801



September 17, 2024

Clerk of the Court
US DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Alto Lee Adams, Sr. Courthouse
101 South U.S. Highway 1, Room #1016
Ft. Pierce, FL 34950

    Re: New Filing: McCarthy v. Facebook, et al.
       Request for ECF login

Dear madam or sir:

  Please accept the enclosed cover sheet, application for indigent status, complaint, 3 summonses, and email consent.

  I have been advised that as a private citizen, I cannot access the electronic filing system to file anything. While I can appreciate the practicalities of pro se litigants screwing around with ECF, my CV will perhaps provide you with grounds to make an exception in my case, as I have been filing electronically since it was first required in the USDC, N. Dist. CA some time in the early 1980's.

  My PACER account number is 8121259.

  Thank you in advance for your service and attention.

            Very truly yours

            *[signature]*
            Steven M. McCarthy

# Steven M. McCarthy
Curriculum Vitae
156 Sharyon Lane, Jensen Beach, FL 34957
(510) 541-4801
Caractacus@aol.com

## WORK HISTORY

Legal Assistant Contractor, Florida (2018-2024)  Clients
      Ludwin Law Group, Delray Beach, FL  Admiralty Litigation
      Gary, Williams, Parenti, et al., Stuart, FL ;  Personal Injury Litigation
      Amlong & Amlong, PA, Ft. Lauderdale, FL;  Employment
      CBR Law Group, LLP, Boca Raton, FL; Construction, real estate
      Jon L. Martin Law Offices, Stuart, FL  Bankruptcy

Homeowner Compliance Manager, Savanna Club HOA, Inc., Port St. Lucie, FL   (3/17-12/4/17)
      1920 unit (single family) homeowners association

McCarthy Foundation Performance QuarterHorses, Independence, OR; trainer and breeder.

McCarthy Law Offices, Oakland, CA & Independence, OR  (5/31/79-6/6/2014)

      Trial and appellate plaintiff tort litigation, incl. vehicular; medical and legal malpractice, toxic exposure, elder abuse, public entity claims, real estate, landlord-tenant

## JUDGE PRO TEMPORE AND ALTERNATIVE DISPUTE RESOLUTION

| | |
|---|---|
| Florida Mediator | (2017) |
| Judge Pro Tempore and ADR Provider (OR) | (2008-2014) |
| Administrative Law Judge, Oregon Department of Human Services Mediator, | (2007-2014) |
| Marion County Circuit Court, Oregon | (2008-2014) |
| Teen Court Judge and Mediator, Oregon Third Circuit Court | (1993-2006) |
| Contra Costa Superior Court Judge Pro Tem & EASE Program Evaluator | (2002-2006) |
| Contra Costa Superior Court Settlement Mentor | (1981-2006) |
| Alameda County Municipal Court Judge | (1981-2006) |
| Alameda County Bar Association Fee Arbitration | (1989-2006) |
| Solano County Superior Court Domestic Violence Judge | (1994-1995) |
| Arbitrator: Solano County Municipal Court | (1994-1995) |
| Private and court appointed mediator in four San Francisco Bay Area Counties | (1981-2006) |

## EDUCATION

National Institute for Trial Advocacy, Diplomate (UCB, Berkeley, CA)  1987
Juris Doctor, Golden Gate University Law School (Staff, Law Review)    1978
Master of Arts, California State University, San Francisco (Linguistic Epistemology, BA 1975
University of Virginia, Charlottesville, VA (Philosophy/Religion) 1971

## REFERENCES

On request; including endorsement for judiciary by California Women Lawyers.

1

1



S68475.040

$3.43
US POSTAGE FIRST-CLASS
0625 12550169
34957
000006299

Clerk of the Court
US DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Alto Lee Adams, Sr. Courthouse
101 South U.S. Highway 1, Room #1016
Ft. Pierce, FL 34950

RECEIVED

SEP 27 2024

FTP
CLEARED X-RAY

156 Sharyon Lane
Jensen Beach, FL 34957

